**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Adrian Ramone, of the Rivera Family, Trustee of the Rivera Family Private Trust,<br>Plaintiff,<br>vs.<br>Taco El Gordo,<br>Defendant. | Case No. 2:25-cv-00948-JAD-MDC<br>**ORDER DENYING AND STRIKING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF NO. 7)** |

The Court has reviewed plaintiff's *Motion for Leave to File First Amended Complaint* ("Motion") (ECF No. 7). The Court finds that this Motion is a rogue filing and directs the Clerk of the Court to strike it from the docket.

On July 1, 2025, the Court dismissed his Complaint with prejudice because it lacked subject-matter jurisdiction. *ECF No. 6*. The Court noted that if plaintiff wanted to file a new complaint that he would have to open "a new case and with a new application to proceed *in forma pauperis* if he can timely gather the facts that he needs to plead federal jurisdiction under 28 U.S.C. § 1332." *Id.* at 4. In his Motion, plaintiff also provides no authority to justify reopening this case. *See generally ECF No. 7*. Plaintiff's Motion is thus improper and a rogue filing. Therefore, the Court denies and strikes his Motion. Plaintiff remains able to file a new case to seek relief if he chooses.

//

//

//

//

//

ACCORDINGLY,

**IT IS ORDERED** that:

Plaintiff's *Motion for Leave to File First Amended Complaint* (ECF No. 7) is **DENIED**. The Clerk of the Court is kindly directed to **STRIKE** the Motion from the docket in this case.

DATED: August 12, 2026

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.